El Municipio de Salinas, recurrente, *v.* El Registrador de la Propiedad de Guayama, recurrido.

Núm. 1000.—*Sometido:* Julio 19, 1937. *Resuelto:* Julio 24, 1937.

*Manuel A. Rivera,* abogado del recurrente;

El Juez Asociado Señor Travieso emitió la opinión del tribunal.

El Municipio recurrente adquirió por compra a doña Carmen Caratini un predio de terreno, con una cabida de 2,882.24 metros cuadrados, que se describe así:

"Rústica, predio de terreno, radicado en el barrio Pueblo del Municipio de Salinas, la que de acuerdo con el plano levantado por el Ingeniero don Augusto Padilla, en una escala de uno por trescientos, cuya mensura dió principio en la carretera número tres rumbo N. 3° 12 E, hasta el punto número dos, una distancia de setenta metros noventa centímetros; desde este punto rumbo N. 46° 17 E. hasta el punto número tres, una longitud de treinta y tres metros cincuenta y cuatro centímetros y ambas distancias en colindancia con terrenos que hoy son de don Emilio Agosto; desde este punto rumbo S. 70° 03 E. hasta el punto cinco, una distancia de treinta y cuatro metros cuarenta y cinco centímetros en colindancia con terrenos que actualmente son del Municipio y la calle 'Ciudad Perdida'; desde este punto rumbo S. 33° 34 W. una longitud de setenta y siete metros treinta y seis centímetros; desde este punto, rumbo S. 2° 09 E. al punto siete de la carretera número tres, una longitud de diez y nueve metros cuarenta y nueve centímetros, ambas distancias en colindancia con terrenos de la finca principal; y desde este punto por la carretera número tres, rumbo N. 84° 36 W. al punto de partida diez y ocho metros setenta centímetros, en total dos mil ochocientos ochenta y dos metros cuadrados con veinte y cuatro centímetros o sea setenta y tres céntimos de cuerda.

"Segregación: Esta finca se segrega para formar una finca separada y así se hará inscribir en el Registro de la Propiedad de una cuerda cuatrocientas diez y seis milésimas, sita en el mencionado barrio Pueblo de Salinas, en colindancia por el Norte con tierras que fueron de Don Domingo Mundo ahora del Municipio de Salinas;

por el Este, con más terrenos del propio Municipio; por el Sur, con la carretera; y por el Oeste, con las que fueron de doña María Eufrosina Caratini ahora de don Emilio Agosto.''

Presentada la escritura en el Registro de Guayama, el registrador recurrido practicó la inscripción de acuerdo con la nota siguiente:

''Inscrito el presente documento, al folio 239 del tomo 31 de Salinas, finca No. 1085, Inscripción primera, libre de cargas, con el *defecto subsanable* de no describirse la finca vendida por sus cuatro puntos cardinales en cumplimiento de lo dispuesto en el Artículo 9 de la Ley Hipotecaria, en relación con el 63 de su reglamento. Guayama, a 2 de abril de 1937. Matías Pomales Díaz, Reg. Sustituto.''

 Alega el recurrente que la nota recurrida viola los mismos preceptos estatutarios que en ella se citan y constituye un abuso de la discreción que la ley concede al registrador para calificar los documentos presentados para su inscripción.

Esta Corte Suprema ha resuelto en numerosas decisiones que los linderos y cabida de las fincas son requisitos esenciales que deben constar en los asientos de inscripción que se practiquen en el registro de la propiedad y que el incumplimiento de esos requisitos es un defecto subsanable. Véanse: *Isales* v. *Maeso et al.*, 16 D.P.R. 791; *González* v. *Registrador*, 17 D.P.R. 239; *Figueroa* v. *Registrador*, 20 D.P.R. 24; *Malpica* v. *Registrador*, 21 D.P.R. 98; *Vecchini* v. *Registrador*, 21 D.P.R. 233; *Jiménez* v. *Registrador*, 24 D.P.R. 617; *Cabrera* v. *Registrador*, 45 D.P.R. 404; y Vol. 2 ''Comentarios a la Legislación Hipotecaria'' de Morell y Terry, pág. 111.

Las partes contratantes pueden también, si lo creyeren conveniente, consignar en la escritura una descripción geométrica del inmueble. No hay nada en la ley que a ello se oponga. Más aún, el artículo 63 del Reglamento para la ejecución de la Ley Hipotecaria reconoce el derecho y la conveniencia de hacerlo así, al disponer:

''Segunda: La situación de las fincas rústicas se determinará expresando el término, partido o cualquier otro nombre con que sea

conocido el lugar en que se hallaren, sus linderos por los cuatro puntos cardinales, la naturaleza de la finca colindante y cualquiera circunstancias que impida confundirlas con otras.''

*No erró el registrador recurrido en su calificación y su nota debe ser confirmada.*

El Juez Asociado Señor Córdova Dávila no intervino.